NIEHOFF-SCHULTZE GROCER COMPANY, Appellant, *v.* ALEXANDER J. GROSS et al., Copartners Doing Business as IGNATIUS GROSS COMPANY, Respondents.

(Submitted January 7, 1924; decided January 15, 1924.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 509.)

---

ROBERT WEIGEL et al., Respondents, *v.* LESLIE COOK et al., Appellants.

(Submitted January 7, 1924; decided January 15, 1924. See 237 N. Y. 136.)

Motion for re-argument denied, without costs. Motion to amend remittitur granted, without costs; return of remittitur requested and when returned it will be amended to read as follows: " Judgment of the Appellate Division modified by reducing the amount of plaintiffs' recovery to the sum of $5,969.40 as at the time of the entry of judgment; also the direction for the application upon the judgment of $5,956 insurance moneys shall include accrued interest thereon in accordance with the findings; also the judgment against Margaret E. Cook for costs is reversed; and as so modified said judgment is affirmed, with costs to appellants."

---

HELEN SINGER, Respondent, *v.* DAVID H. KNOTT, Individually and as Sheriff of the County of New York, Appellant.

(Submitted January 7, 1924; decided January 15, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 110.)